IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROSE ANN MARTINEZ,

    Plaintiff,

v.                                        No. 12-cv-1296 JB/SMV

CHUGACH INDUSTRIES, INC.,
d/b/a Roswell Job Corps,

    Defendant.

## ORDER VACATING INITIAL SCHEDULING ORDER

    THIS MATTER is before the Court sua sponte.  The Court's Initial Scheduling Order [Doc. 7] is hereby **VACATED** in its entirety.

    **IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**