IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROSE ANN MARTINEZ,

    Plaintiff,

v.                                                                            No. 12-cv-1296 JB/SMV

CHUGACH INDUS., INC.,

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:   Monday, March 18, 2013, at 3:30 p.m.

**Matter to be heard**:  Set a settlement conference

**IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for **Monday, March 18, 2013, at 3:30 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference.  Parties are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**